IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

|  |  |
|---|---|
| IN THE MATTER OF THE TIMELY APPEARANCE OF FEDERAL DETAINEES IN PROCEEDINGS IN THE DISTRICT OF THE VIRGIN ISLANDS | ) ) ) Misc. No. 2007 - ) ) |

**ORDER**

It is hereby **ORDERED** that the United States Attorney shall secure the timely appearance of all detainees in the custody of the United States whose presence is required in any proceeding in the District of the Virgin Islands.

Dated: December 12, 2007          S\_____
                                   CURTIS V. GÓMEZ
                                   Chief Judge


Copies:

Hon. Raymond L. Finch
Hon. Geoffrey W. Barnard
Hon. George W. Canon
Wilfredo Morales, Clerk of the Court
Anthony J. Jenkins, USA
Rosaldo Horsford
James Sullivan, United Stated Marshal
Carol C. Jackson
Cicely Francis
Monica Ruhle
Theresa Thomas
Olga Schneider